We certify that the fuel oil supplied is in conformity with regulation 18.3 of annex 1 and that the sulfur content of the fuel oil does not exceed:

- ☐ the limit value given by Regulation 14.1 of this Annex (0.5%)
- ☑ the limit value given by Regulation 14.4 of the Annex (0.1%)
- ☐ the purchaser's specified limit value of ____ (% m/m), as completed by the fuel oil supplier's representative and on the basis of the purchaser's notification that the fuel oil is intended to be used:

.1 in combination with an equivalent means of compliance in accordance with Regulation 4 of this Annex; or
.2 is subject to a relevant exemption for a ship to conduct trials for sulphur oxides emission reduction and control technology research in accordance with Regulation 3.2 of this Annex.

**Vessel Name:** M/V TAC IMOLA          **IMO#** 9932103

### TOTAL SULFUR
- No Greater Than 0.002 %
- No Greater Than 0.10%
- **Supply Date:** 07/08/22
- **Product Quantity:** 100.740 MTs
- **Product Quantity:** MTs
- **Loading Terminal:** Buckeye (Baltimore, MD)
- **Delivery Port:** Baltimore, MD
- **Contracting Company** Vane Line Bunkering

**Delivered By:** Barge ( X )   Shore tank (   )   Truck (   )

### SURVEY
| | Y | N |
|---|---|---|
| Was line sampler compliant with marpol sealed sampling regulations | ☑ | ☐ |
| Line Sampler Available on Vessel | ☑ | ☐ |
| Received line sample from vessel | ☑ | ☐ |
| Bottle samples signed | ☑ | ☐ |

***** 3.5% and 0.1% SAMPLES RETAINED BY BARGE ARE GOVERNING SAMPLES AND WILL BE RETAINED BY INSPECTION COMPANY FOR 30 DAYS ***** 0.5% LOADING SAMPLE IS GOVERNING

### Product Analysis
| | |
|---|---|
| Product | MGO LS |
| Specific Gravity @ 60F | 0.8378 |
| Density @ 15C | 0.8378 |
| Viscosity CST @ 50C | 2.05 |
| Sulfur % m/m | 0.002 |
| Pour Point Deg F: | -21 |
| Ash Content: % m/m | 0 |
| Water % Volume | 0 |
| Sed %m/m | 0 |
| Flash Point Deg F | 147 |
| Vanadium PPM | 0 |
| Sodium PPM | 0 |
| Aluminum PPM | 0 |
| Silicon PPM | 0 |
| MCR % m/m | 37.4 |
| CONVERSION | 7.52 |

## GLOBAL BUNKER RECEIPT

**GLOBAL BATCH NUMBER:** 12253     **Date of Delivery:** 07/08/22

### CONTINUOUS DRIP SAMPLE NUMBERS
| | | |
|---|---|---|
| LOADING SAMPLE | | 110014, 110015 |
| GIVEN TO SHIP | MGO LS | 110012, 110011 |
| RETAINED BY BARGE | | 110013 |

| Barge Name | Alongside vessel | | Connection made | | Started discharge | | Finished Discharge | | Hosed off | | Departed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | Date | Hour | Date | Hour | Date | Hour | Date | Hour | Date | Hour | Date |
| DS32 | 12:05 | 07/08/22 | 12:45 | 07/08/22 | 13:30 | 07/08/22 | 14:55 | 07/08/22 | 15:20 | 07/08/22 | | 7/8/2 |

| Product | Spec | Gross BBL | Temp F | Temperature correction factor | Billing Quantities | |
|---|---|---|---|---|---|---|
| | | | | | BBLS Net @ 60F | Metric Tonnes |
| MGO LS | | 765.01 | 79.1 | 0.99097 | 758.10 | 100.740 |

Received: Bunkers as recorded above ☑   Retained Sample ☑   Gauges witnessed by vessel representative: ☐ yes ☑ declined

**Receipt Date:** 7/8/22     vessel signature and stamp: CHIEF ENGINEER     For delivery facility:

Contact information for Global Companies LLC; 800 South Street, Waltham, Massachusetts 02454 USA
Supply Contact: Dana Fraktman: Cell 781-929-3258 office: 781-398-4380 Fax: 781-398-9050