# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
*In Admiralty*

| | | |
|---|---|---|
| Hanwin Shipping Limited, | * | |
| | * | |
| *Plaintiff* | * | |
| | * | |
| *v.* | * | Civil No. |
| | * | |
| Transatlantica Commodities Pte Ltd., | * | **VERIFIED COMPLAINT** |
| | * | |
| *Defendant, in personam* | * | |
| | * | |
| and | * | |
| | * | |
| | * | |
| The Master of the M/V Tac Imola | * | |
| | * | |
| *Garnishee* | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * |

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE:** The Master of the M/V Tac Imola

**WHEREAS**, Plaintiff Hanwin Shipping Limited. ("Plaintiff"), filed a Verified Complaint in the United States District Court for the District of Massachusetts on July 22, 2022, with claims against Defendant Transatlantica Commodities Pte Ltd. ("Defendant") in the amount of $4,020,898.44, together with interest, costs and attorneys' fees, with a prayer for the issuance of Process of Maritime Attachment and Garnishment pursuant to Federal Rules of Civil Procedure, Rule B of the Supplemental Rules for Admiralty and accompanied by a memorandum of law and the declaration of Todd D. Lochner, stating that, to the best of declarant's knowledge, or upon information and belief, Defendant cannot be found within this District; and

**WHEREAS**, the Court reviewed the Verified Complaint and Motion and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment; and

**WHEREAS**, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

**NOW THEREFORE**, we do hereby empower, strictly charge and command you, the United States Marshals Service for the District of Massachusetts to cite and admonish the said Defendant, if it shall be found in your district, to appear before the said District Court, at the United States District Courthouse for the District of Massachusetts, that you attach all bunkers onboard the M/V Tac Imola ("the Vessel"), payments for bunkers, due to Defendant, and property owned by Defendant, and if no such property can be found, that you attach the tangible or intangible property of Defendant as may be found, or subsequently determined.

We hereby do further empower, strictly charge and command you, the United States Marshals Service for the District of Massachusetts (or designated process server) to notify garnishees as follows:

1. A maritime attachment has been filed pursuant to Rule B against the Defendant;

2. Garnishees are required to file with the Clerk of the Court for the District of Massachusetts, with a copy to Plaintiff's attorney, Christopher McNally, Lochner Law Firm, P.C., 91 Main Street, 4th Floor, Annapolis, MD 21401, within 21 days from the service of this Process an answer under oath setting forth in all debts owing by the garnishee to the Defendant, in the possession of the garnishee or to which the garnishee holds legal title; all property which is held by the garnishee as fiduciary in which the Defendant has an interest; and whether any property attached is immune or exempt from attachment; and

3. The garnishee is enjoined from paying any debt to or for the account of Defendant, and from delivering any property owned by the Defendant, to or for the account of Defendant or otherwise disposing thereof;

4. The garnishee is required to promptly forward to Defendant, by any form of mail requiring a return receipt, a copy of this Process, a copy of the Verified Complaint, and a copy of the summons.

If the property of the Defendant is found in the possession of anyone not a garnishee, you are directed to notify him that an application will be made to add him as a garnishee and you are to notify Plaintiff's counsel.

You are promptly after the execution of this process to file the same in this Court with your return thereon.

Issued: July ___, 2022

Clerk - U.S. District Court for the District of Massachusetts

By: _____
Deputy Clerk

*Attorneys for Plaintiff:*

/s/ Christopher McNally, Esq.
Christopher McNally (BBO # 687998)
cmcnally@boatinglaw.com
Todd D. Lochner
*Pro Hac Vice to be filed*
tlochner@boatinglaw.com
Lochner Law Firm, P.C.
91 Main Street, 4th Floor
Annapolis, MD 21401
(443) 716-4400
*Attorneys for the Plaintiff*
*Hanwin Shipping Limited*

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.