IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | | |
|---|---|---|
| **Hanwin Shipping Limited,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:22-cv-11182-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| **Transatlantica Commodities Pte Ltd.,** | ) | |
| | ) | |
| Defendant, *in personam*, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **The Master of the M/V TAC IMOLA** | ) | |
| | ) | |
| Garnishee. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, Transatlantica Commodities Pte Ltd. in the above-entitled action.

    Respectfully Submitted,
By Its attorneys,

*/s/ Samuel P. Blatchley*
Samuel P. Blatchley
BBO No. 670232
Eckland & Blando LLP
22 Boston Wharf Road, Floor 7
Boston, MA  02210
(617) 217-6936
sblatchley@ecklandblando.com

## **CERTIFICATE OF SERVICE**

I, Samuel P. Blatchley, hereby certify that this document filed through the ECF system on July 24, 2022 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Samuel P. Blatchley*