IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | |
|---|---|
| **Hanwin Shipping Limited,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Transatlantica Commodities Pte Ltd.,** )<br>)<br>Defendant, *in personam*, )<br>)<br>and )<br>)<br>**The Master of the M/V TAC IMOLA** )<br>)<br>Garnishee. )<br>) | Civil Action No. 1:22-cv-11182-RWZ |

**MOTION FOR LEAVE FOR J. STEPHEN SIMMS TO
<u>APPEAR *PRO HAC VICE*</u>**

The undersigned counsel moves the Court, pursuant to Local Rule 83.5.3(e), for leave for:

J. Stephen Simms (MD#8512010574)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
jssimms@simmsshowers.com
(443) 290-8704

to appear *pro hac vice* for defendant/ counter- plaintiff Transatlantica Commodities Pte Ltd. The certification required by Rule 83.5.3(e)(3) is attached to this Motion as Exhibit 1.

*/s/ Samuel P. Blatchley*
Samuel P. Blatchley (BBO No. 670232)
ECKLAND & BLANDO LLP
22 Boston Wharf Road 7th Floor
Boston, MA 02210
(617) 217-6937
sblatchley@ecklandblando.com

## CERTIFICATE OF SERVICE

I, Samuel P. Blatchley, hereby certify that this document filed through the ECF system on July 24, 2022 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Samuel P. Blatchley*
