**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | |
|---|---|
| **Hanwin Shipping Limited,** | ) |
| Plaintiff, | ) Civil Action No. 1:22-cv-11182-RWZ |
| v. | ) |
| **Transatlantica Commodities Pte Ltd.,** | ) |
| Defendant, *in personam*, | ) |
| and | ) |
| **The Master of the M/V TAC IMOLA** | ) |
| Garnishee. | ) |

### CERTIFCATION PURSUANT TO LOCAL RULE 83.5.3(e)

I, J. Stephen Simms hereby certify that:

    1.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice;

    2.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

    3.    I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct; and

    4.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Ph:  410-783-5795
Fax 410-510-1789
jssimms@simmsshowers.com