IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | | |
|---|---|---|
| Hanwin Shipping Limited, | ) | |
| Plaintiff, | ) | Civil Action No. 1:22-cv-11182-RWZ |
| v. | ) | |
| Transatlantica Commodities Pte Ltd., | ) | |
| Defendant, *in personam*, | ) | |
| and | ) | |
| The Master of the M/V TAC IMOLA | ) | |
| Garnishee. | ) | |

**TRANSATLANTICA COMMODITIES PTE LTD.
MEMORANDUM OPPOSING MOTION TO
<u>APPOINT MASTER AS SUBSTITUTE CUSTODIAN</u>**

This Court now should deny Hanwin Shipping Limited's ("Hanwin's") motion to appoint the master of the M/V TAC IMOLA ("Vessel") as Substitute Custodian for the Vessel or the fuel which Hanwin is without good basis, seeking to attach.

The Master is, through crewing arrangements for which Transatlantica Commodities Pte Ltd. ("Transatlantica") is responsible, an employee paid for by Transatlantica. Transatlantica also is responsible for certain insurance covering action and inaction by the Master.

The Master has not agreed to serve as Custodian, and Transatlantica does not agree to that appointment. Indeed, Hanwin did NOT produce any evidence (or even aver) that: 1) the Master agreed to serve as substitute custodian; 2) the Master has the requisite insurance to serve as a

- 1 -

substitute custodian as required by the United States Marshals Service for the District of Massachusetts; or, 3) that the Master is a "disinterested Party."

As Transatlantic's accompanying Motion to Dismiss and in opposition to issue of Rule B writ states, Hanwin's complaint here, and request for issue of writ, is not validly supported. The Vessel (and its fuel) should not be detained.

This Court for these reasons should deny the motion to appoint the Master as substitute custodian.

Dated: July 24, 2022.

> Respectfully Submitted,
>
> Transatlantica Commodities Pte Ltd.,
> By its attorneys,

| | |
|---|---|
| */s/ Samuel P. Blatchley* | */s/ J. Stephen Simms* |
| Samuel P. Blatchley (BBO No. 670232) | J. Stephen Simms |
| Eckland & Blando LLP | (*Pro hac vice* motion pending) |
| 22 Boston Wharf Road, 7th Floor | Simms Showers LLP |
| Boston, MA 02210 | 201 International Circle |
| (617) 217-6936 | Baltimore, Maryland 21030 |
| sblatchley@ecklandblando.com | Ph: 410-783-5795 |
| | Fax 410-510-1789 |
| | jssimms@simmsshowers.com |

## CERTIFICATE OF SERVICE

I, Samuel P. Blatchley, hereby certify that this document filed through the ECF system on July 24, 2022 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> */s/ Samuel P. Blatchley*