UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-CV-11182-RWZ

HANWIN SHIPPING LIMITED,

v.

TRANSATLANTICA COMMODITIES PTE LTD.
and THE MASTER OF THE M/V TAC IMOLA,

MEMORANDUM & ORDER

August 24, 2022

ZOBEL, S.D.J.

On July 22, 2022, Hanwin Shipping Limited ("Hanwin") filed a complaint for (1) breach of maritime contract[1] and (2) maritime attachment and garnishment, which was granted, against Transatlantica Commodities Pte Ltd.'s ("Transatlantica"). Docket # 1. On July 27, 2022, this court allowed Transatlantica's Motion to Vacate the Attachment Writ (Docket # 23), upon its posting security in the amount of $564,283.35. Docket # 26. Then, Transatlantica filed its answer and counterclaim, alleging $4,417,272.74 in damages[2], and moved for an order requiring Hanwin to post countersecurity. Docket #s 28, 30. Pursuant to Federal Supplemental Admiralty Rule E(7)(a), Transatlantica is entitled to countersecurity for its counterclaim. See Aracruz Trading, Ltd. v. Kolmar Group AG, Case Nos. 3:13-cv-1651 (JBA), 3:13-cv-1652 (CSH), 2015 WL 269141, at *4–6 (D.

---

[1] The parties agree that the merits of this claim will be decided in a London arbitration.
[2] Not including the $150,000 in alleged interest, attorney's fees, and costs. See Result Shipping Co., Ltd. v. Ferruzzi Trading USA Inc., 56 F.3d 394, 401 (2d Cir. 1995).

Conn. Jan. 21, 2015).  Therefore, Hanwin shall post countersecurity but in the amount of only $988,793.21, because it has already posted security in the amount of $3,428,479.53 in several related cases.[3]

Transatlantica's Motion for Countersecurity and to Stay the Case (Docket # 30) is ALLOWED.  Upon Hanwin posting security in the amount of $988,793.21, the case is STAYED.

Transatlantica's Motion to Deny the Writ or Dismiss the Complaint (Docket #10) is DENIED as moot.

August 24, 2022
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

---

[3] Hanwin represents that it has provided security in the following matters: London arbitration ($995,857.22); D.N.J., Case No. 22-cv-3348 ($195,857.22); E.D. La., Case No. 22-cv-2454 ($400,000); S.D. Tex., Case No. 22-cv-1983 ($979,893.63); and Panama ($856,871.46).  Docket # 33.