UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-CV-11182-RWZ

HANWIN SHIPPING LIMITED

v.

TRANSATLANTICA COMMODITIES PTE LTD.
and THE MASTER OF THE M/V TAC IMOLA

ORDER

March 21, 2023

ZOBEL, S.D.J.

On February 16, 2023, the court allowed Plaintiff Hanwin Shipping Limited's counsel's motion to withdraw. Docket # 51. Plaintiff was given 30 days for new counsel to file an appearance, or else the case would be closed. Docket # 56. Plaintiff has not noticed new counsel, in violation of Local Rule 83.5.5(c). Therefore, the case is dismissed for failure to prosecute. The court-ordered security, posted by Defendant Transatlantica Commodities Pte Ltd. ("Transatlantica") in the amount of $564,283.35 on July 28, 2022, shall be released to Transatlantica. See Docket ## 26, 29.

March 21, 2023
DATE

/s/ Rya W. Zobel
RYA W. ZOBEL
SENIOR UNITED STATES DISTRICT JUDGE