```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

HANWIN SHIPPING LIMITED

       Plaintiff

      V.

                                  CIVIL ACTION:22-11182-RWZ

COMMODITIES PTE LTD.
       Defendant


<u>ORDER OF DISMISSAL</u>

ZOBEL, D.J.                              May 24, 2023


    The Case is DISMISSED for Lack of Prosecution; See clerknote #56.


                                            By the Court,


                                            <u>s/ Lisa A. Urso</u>
                                            Deputy Clerk